SEALED

McGREGOR W. SCOTT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

FILED

DEC 1 0 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-0249 AC |
| Plaintiff, | |
| v. | SEALING ORDER |
| ALFREDO ARROYO,<br>    aka Jose Aguilar,<br>    aka Jose Alfredo Arroyo Aguilar,<br>    aka Jose Arroyo,<br>    aka Jose Feliz,<br>    aka George Rodriguez,<br>    aka Jorge Rodriguez, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court.

Dated: 12/10/18

_____
ALLISON CLAIRE
United States Magistrate Judge