UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
December 18, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff, ) </br> v. ) </br> ) </br> ALFREDO ARROYO, ) </br> ) </br> Defendant. ) | Case No. 2:18-MJ-00249-AC </br></br> ORDER FOR RELEASE OF </br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ALFREDO ARROYO</u>, Case No. <u>2:18-MJ-00249-AC</u>, Charge <u>18 USC § 1542</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ <u>100,000.00 (in the interim)</u>

        ✔ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ✔ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        ✔ (Other) <u>With Pretrial Release Supervision and Conditions of Release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>December 18, 2018</u> at <u>2:35</u> PM.

By /s/ Deborah Barnes
Deborah Barnes
United States Magistrate Judge