HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for Defendant
JOSE ALFREDO ARROYO AGUILAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:18-cr-00267-JAM |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER FOR EXTENSION TO POST BOND |
| v. | ) ) | Judge: Hon. Kendall J. Newman |
| JOSE ALFREDO ARROYO AGUILAR, | ) ) | |
| Defendants. | ) ) | |

The United States of America, through its counsel, Assistant United States Attorney Matthew Thuesen, and defendant, Jose Alfredo Arroyo Aguilar, through Assistant Federal Defender, Douglas Beevers, stipulate that the posting of the $100,000 secured bond by real property is extended by one week to January 8, 2019.

On December 18, 2019, the Court granted the defendant until January 1, 2019 to submit the secured bond paperwork.  Defense counsel brought signed paperwork to the December 27th Arraignment, but due to an error in the Deed of Trust, the Trustor had to correct the deed and have it re-notarized.  Defense counsel had to leave town shortly thereafter due to a family medical emergency resulting in a delay of the completed papers being delivered to the clerk. Accordingly, the parties agree that the deadline for posting the property bond may be extended an additional week, to January 8, 2019.

| | | |
|---|---|---|
| DATED: January 3, 2019 | | HEATHER E. WILLIAMS |
| | | Federal Defender |
| | | */s/Douglas Beevers* |
| | | DOUGLAS BEEVERS |
| | | Assistant Federal Defender |
| | | Attorney for JOSE ALFREDO ARROYO AGUILAR |
| DATED: January 3, 2019 | | McGREGOR W. SCOTT |
| | | United States Attorney |
| | | */s/ Matthew Thuesen* |
| | | MATTHEW THUESEN |
| | | Assistant U.S. Attorney |
| | | Attorney for Plaintiff |

## **O R D E R**

Finding good cause, the Court grants the defendant a one week extension to January 8, 2019, in which to post the $100,000 real property secured bond.

Dated: January 4, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE