HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE ALFREDO ARROYO AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-267-JAM |
| | ) |
| Plaintiff, | ) ORDER TO MODIFY SPECIAL CONDITIONS |
| | ) OF PRETRIAL RELEASE |
| v. | ) |
| | ) Judge: Hon. John A. Mendez |
| JOSE ALFREDO ARROYO AGUILAR, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## O R D E R

IT IS HEREBY ORDERED, the Court, having considered the Defendant's request to modify the special conditions of release which were imposed by the U.S. Magistrate Judge on December 18, 2018 (at ECF 10 page 3) and the Court finds that the United States has no objection, IT IS ORDERED that special conditions of release condition no. 3, 4, 13 and 14 are modified to allow the Defendant to travel to Anaheim California from Thursday April 18, 2019 to Sunday, April 21, 2019 in the company of his third party custodian, Maria Lorena Vega-Aguilar. All other conditions of release remain in effect.

DATED: April 16, 2019

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge