HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
JOSE ALFREDO ARROYO AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case № 2:18-cr-267 JAM |
|---|---|
| Plaintiff, | REQUEST AND ORDER TO TERMINATE CONDITIONS OF RELEASE IN PREPARATION FOR VOLUNTARY SURRENDER |
| v. | |
| JOSE ALFREDO ARROYO AGUILAR, | |
| Defendant. | |

On August 13, 2019, the Court imposed a sentence of 10 months. Mr. Arroyo Aguilar was ordered to self-surrender not later than 2:00 p.m. on October 17, 2019.

Defense counsel has conferred with the Pretrial Services Agency and hereby requests that Conditions 5 (travel) 13 (location monitoring) and 14 (home detention) of his Special Conditions of Release (Dkt. 10) be terminated effective October 15, 2019. This will enable Mr. Arroyo Aguilar's travel and voluntary surrender to the Bureau of Prisons facility in Texas on October 17, 2019. Mr. Arroyo Aguilar has been in compliance with his conditions of release.

Mr. Arroyo Aguilar will meet with Pretrial Services Officer, Renee Basurto at 6:00 a.m. on October 15, 2019 to discontinue the location monitoring. Mr. Arroyo Aguilar will then travel from Sacramento, California to Lancaster, California and travelling with his brother to BOP in Texas so that he can voluntarily surrender. Pretrial Services has confirmed all travel itinerary with Mr. Arroyo Aguilar's brother.

While he is traveling, Mr. Arroyo Aguilar will not be subject to location monitoring or curfew conditions

Assistant United States Attorney Matthew Thuesen has no objection to this request.

DATED: October 8, 2019          Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for JOSE ARROYO AGUILAR

## **ORDER**

The Court hereby orders Conditions 5 (travel) 13 (location monitoring) and 14 (home detention of Mr. Arroyo Aguilar's pretrial release be terminated effective October 15, 2019. The location monitoring unit shall be removed on October 15, 2019 by the Pretrial Services Agency.

Dated: October 9, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE